20 So.2d 891

**James CHAPPELL v. STATE.**

6 Div. 147.

Court of Appeals of Alabama.
Jan. 9, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

18 So.2d 878

**Fay CHICARELLO v. STATE.**

6 Div. 168.

Court of Appeals of Alabama.
June 30, 1944.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

PER CURIAM.
Affirmed (writ denied).

12 So.2d 870

**Flora Alice CIRILLO v. STATE.**

1 Div. 446.

Court of Appeals of Alabama.
March 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, on motion of appellant.

14 So.2d 912

**Farley CLARK, alias Clarke v. STATE.**

8 Div. 306.

Court of Appeals of Alabama.
May 25, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

11 So.2d 879

**Luvenia Henderson CLARK v. STATE.**

6 Div. 958.

Court of Appeals of Alabama.
Jan. 12, 1943.

Beddow, Ray & Jones, of Birmingham, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge
Affirmed.

18 So.2d 115

**Milford CLECKLER v. STATE.**

5 Div. 196.

Court of Appeals of Alabama.
April 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.